**Order entered January 7, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00717-CV

### F 1 CONSTRUCTION, INC., Appellant

### V.

### PHILLIP W. BANZ AND MARCOS GUTIERREZ, Appellees

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-01308-2018**

## ORDER

The reporter's record in this appeal was requested July 11, 2019 and was due to be filed October 12, 2019. To date, it has not been filed. Accordingly, we **ORDER** Denise Y. Condran, Official Court Reporter of County Court at Law No. 4, to file the record no later than January 28, 2020.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable David D. Rippel, Presiding Judge of County Court at Law No. 4; Ms. Condran; and, the parties.

/s/    ROBERT D. BURNS, III
          CHIEF JUSTICE